# CILENTI & COOPER, PLLC

ATTORNEYS AT LAW
60 East 42nd Street – 40th Floor
New York, New York 10165

---

Telephone (212) 209-3933
Facsimile (212) 209-7102

January 4, 2024

**BY ECF**

Hon. Sidney H. Stein, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

   Re: *Encarnacion v. S&A Gourmet Deli Corporation, et al.*
     <u>Case No. 23-CV-9307 (SHS) (BCM)</u>

Dear Judge Stein,

  We are counsel to the plaintiff in the above-referenced matter. An initial pretrial conference is scheduled for January 11, 2024, at 11:00 a.m. Due to a scheduling conflict, please accept this letter as plaintiff's request for an adjournment. The parties have conferred, and are available to appear on February 12, 13, or as soon thereafter that is convenient for the Court.

  No prior request for similar relief has been made, and no other dates would be affected. We thank the Court for considering this application.

            Respectfully submitted,

            <u>/s/ *Justin Cilenti*</u>
            Justin Cilenti

            **The conference is adjourned to February 13, 2024, at 11:00 a.m.**

            Dated: New York, New York
               January 4, 2024

cc: Defense Counsel (by ECF)

            SO ORDERED:

            _____
            Sidney H. Stein, U.S.D.J.