

Warshaw Burstein, LLP
575 Lexington Avenue
New York, NY  10022
(212) 984-7700
www.wbny.com

Maxwell Rubin
(212) 984-7845
mrubin@wbny.com

February 9, 2024

BY ECF
Hon. Sidney H. Stein, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: *Encarnacion v. S&A Gourmet Deli Corporation, et al.*
       Case No: 23-cv-9307 (SHS) (BCM)

Dear Judge Stein:

  This office represents the Defendants in the above referenced matter. There is currently an initial conference scheduled before the Court on February 13, 2024 at 11:00 AM.

  The Parties are engaged in settlement discussions. As such, please accept this letter as a joint request to adjourn the upcoming initial conference from February 13, 2024 to March 6, 2024, ~~or a date soon thereafter that is convenient to the Court.~~ at 2:30pm.

  This is the second request to adjourn the initial conference. The Court granted Plaintiff's Janauy 4, 2024 request due to a scheduling conflict. No other dates will be affected.

  We thank you the Court for its consideration.

           Respectfully,

           *Maxwell J. Rubin*

           Maxwell J. Rubin, Esq.

*[Handwritten: 2/12/24 So ordered. Sidney H. Stein 1/5/25]*

cc: Justin Cilenti, Esq. (Via ECF)
   *Attorneys for Plaintiff*

{1651801.1 }