# CILENTI & COOPER, PLLC

ATTORNEYS AT LAW
60 East 42nd Street – 40th Floor
New York, New York 10165

Telephone (212) 209-3933
Facsimile (212) 209-7102

March 6, 2024

**BY ECF**

**MEMO ENDORSED**

Hon. Sidney H. Stein, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Encarnacion v. S&A Gourmet Deli Corporation, et al.*
      Case No. 23-CV-9307 (SHS) (BCM)

Dear Judge Stein,

We are counsel to the plaintiff in the above-referenced matter. An initial pretrial conference is scheduled for today at 2:30 p.m. However, the parties are pleased to advise that they have just reached a settlement in principle. Accordingly, please accept this letter as the parties' joint request that the conference be adjourned *sine die*.

We thank the Court for considering this application.

Respectfully submitted,

/s/ *Justin Cilenti*
Justin Cilenti

cc: Defense Counsel (by ECF)

**If a stipulation of dismissal with prejudice is not filed by April 5, there will be a status conference on April 5 at 11:00 a.m.**

Dated: New York, New York
       March 6, 2024

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.