# CILENTI & COOPER, PLLC

ATTORNEYS AT LAW
60 East 42nd Street – 40th Floor
New York, New York 10165

Telephone (212) 209-3933
Facsimile (212) 209-7102

March 30, 2024

**BY ECF**

**MEMO ENDORSED**

Hon. Sidney H. Stein, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  *Encarnacion v. S&A Gourmet Deli Corporation, et al.*
     *Case No. 23-CV-9307 (SHS) (BCM)*

Dear Judge Stein,

We are counsel to the plaintiff in the above-referenced matter. An initial pretrial conference is scheduled for April 6, 2024, at 11:00 a.m. However, as I am out-of-pocket this week, and because the parties continue to work on completing the necessary settlement papers, please accept this letter as the parties' joint request for a two-week adjournment of the conference.

We thank the Court for considering this application.

Respectfully submitted,

/s/ *Justin Cilenti*
Justin Cilenti

cc: Defense Counsel (by ECF)

**The conference is adjourned to April 18, 32024, at 10:30 a.m.**

**Dated: New York, New York
       April 1, 2024**

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.